The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| MARK F. CANFIELD, on behalf of all persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CHIEF JOHN R. BATISTE of the Washington State Patrol, in his individual capacity, ASSISTANT CHIEF GREGORY E. MILLER of the Washington State Patrol, in his individual capacity; CAPTAIN JEFFREY SASS of the Washington State Patrol, in his individual capacity; JOHN AND JANE DOE defendants 1-25, in their individual capacities,<br><br>    Defendants. | NO. C11-5994-RJB<br><br>STIPULATION AND ORDER RE-SCHEDULING HEARING ON PRELIMINARY INJUNCTION AND EXTENDING TEMPORARY RESTRAINING ORDER<br><br><u>CLASS ACTION</u><br><br>**Note on Motion Calendar:**<br>**December 13, 2011** |

## STIPULATION

The parties hereby stipulate to rescheduling the preliminary injunction hearing currently set for January 5, 2012 and to an extension of the Court's Order Granting Motion for Temporary Restraining Order (Dkt. No. 11) enjoining the issuance and enforcement of Trespass Warnings through the new hearing date, in order to provide the Defendants additional time to pursue potential administrative rule-making and modify procedures

1  regarding the issuance of Trespass Warnings. The parties have notified the Court
2  telephonically of their agreement.
3  
   DATED this 12th day of December, 2011.
4  
                                    ROBERT M. MCKENNA
5                                   Attorney General

6  

7                                   By:/s/Shelley Williams
                                    Shelley A. Williams, WSBA #37035
8                                    shelleyw1@atg.wa.gov
                                    Attorney General's Office
9                                   800 Fifth Avenue, Suite 2000
                                    Seattle, WA 98104
10                                  Telephone (206) 389-3807
                                    Fax (206) 587-5088
11                                  *Attorneys for Defendants*

12  

13                                  KELLER ROHRBACK L.L.P.

14                                  By: *s/ Harry Williams IV per e-mail approval*
                                    By: *s/ Gretchen S. Obrist per e-mail approval*
15                                  By: *s/ Benjamin Gould per e-mail approval*
                                    Gretchen S. Obrist, WSBA #37071
16                                   gobrist@kellerrohrback.com
                                    Benjamin Gould, WSBA #44093
17                                   bgould@kellerrohrback.com
                                    Harry Williams, IV, WSBA #41020
18                                   hwilliams@kellerrohrback.com
                                    KELLER ROHRBACK L.L.P.
19                                  1201 Third Avenue, Suite 3200
                                    Seattle, WA 98101
20                                  Telephone: (206) 623-1900
                                    *Attorneys for Plaintiff*
21  
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /

STIPULATION AND ORDER RE-SCHEDULING HEARING ON PRELIMINARY INJUNCTION AND EXTENDING TEMPORARY RESTRAINING ORDER

2

**ERROR! AUTOTEXT ENTRY NOT DEFINED.**

Case No. C11-5994-RJB

# ORDER

This matter having come before the Court on this stipulation and Plaintiff and Defendants' joint telephonic request to reschedule the preliminary injunction hearing currently set for January 5, 2012 to February 3, 2012, as well as their agreement to an extension of the Court's Order Granting Motion for Temporary Restraining Order (Dkt. No. 11) enjoining the issuance and enforcement of Trespass Warnings through the new hearing date, in order to provide the Defendants additional time to pursue potential administrative rule-making and modify procedures regarding the issuance of trespass warnings;

IT IS HEREBY ORDERED THAT:

1) The hearing on the motion for preliminary injunction, which is currently set for hearing on January 5, 2012 at 1:30 p.m., is rescheduled to February 3, 2012 at 9:30 a.m.

2) The Temporary Restraining Order entered on December 6, 2011 (Dkt. No. 11) shall remain in effect until the hearing on the motion for preliminary injunction, which is set for hearing on February 3, 2012.

DATED this 15th day of December, 2011.

_____
ROBERT J. BRYAN
United States District Judge

/ / /
/ / /
/ / /
/ / /

STIPULATION AND ORDER RE-SCHEDULING HEARING ON PRELIMINARY INJUNCTION AND EXTENDING TEMPORARY RESTRAINING ORDER

3

**ERROR! AUTOTEXT ENTRY NOT DEFINED.**

Case No. C11-5994-RJB

| | |
|---|---|
| 1 | Presented by: |
| 2 | ROBERT M. MCKENNA |
| 3 | Attorney General |
| 4 | By:_____ |
|   | Shelley A. Williams, WSBA #37035 |
| 5 |   shelleyw1@atg.wa.gov |
|   | Attorney General's Office |
| 6 | 800 Fifth Avenue, Suite 2000 |
|   | Seattle, WA 98104 |
| 7 | Telephone (206) 389-3807 |
|   | *Attorneys for Defendants* |
| 8 | |
|   | KELLER ROHRBACK L.L.P. |
| 9 | |
|   | By: *s/ Harry Williams IV per e-mail approval* |
| 10 | By: *s/ Gretchen S. Obrist per e-mail approval* |
|   | By: *s/ Benjamin Gould per e-mail approval* |
| 11 | Gretchen S. Obrist, WSBA #37071 |
|   |   gobrist@kellerrohrback.com |
| 12 | Benjamin Gould, WSBA #44093 |
|   |   bgould@kellerrohrback.com |
| 13 | Harry Williams, IV, WSBA #41020 |
|   |   hwilliams@kellerrohrback.com |
| 14 | KELLER ROHRBACK L.L.P. |
|   | 1201 Third Avenue, Suite 3200 |
| 15 | Seattle, WA 98101 |
|   | Telephone:  (206) 623-1900 |
| 16 | *Attorneys for Plaintiff* |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

STIPULATION AND ORDER RE-SCHEDULING HEARING ON PRELIMINARY INJUNCTION AND EXTENDING TEMPORARY RESTRAINING ORDER

4

**ERROR! AUTOTEXT ENTRY NOT DEFINED.**

Case No.  C11-5994-RJB